HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHEL LABADIE, ) <br> Defendant. ) | NO. CR06-0354JLR <br><br> ORDER GRANTING MOTION <br> TO CONTINUE TRIAL DATE |

This matter having come before the Court on the motion of Defendant Michel Labadie for a continuance of the trial date, the Court having considered the motion, as well as the response of the United States of America, by and through John McKay, United States Attorney, and Jeff C. Sullivan and J. Tate London, Assistant United States Attorneys for the Western District of Washington,

The Court hereby makes the following findings and enters the following order:

1. Defendant Michel Labadie was arrested on September 9, 2006, and arraigned on October 12, 2006. Trial is scheduled to commence on December 5, 2006.

2. On November 6, 2006, Defendant moved for a continuance of the December 5, 2006 trial date.

3. In the motion, Defendant represented to the Court that a continuance of the trial date was warranted to enable defendant's newly retained attorney to prepare for trial. The Court adopts these representations as facts for purposes of ruling on the motion.

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE/
LABADIE/CR06-0354JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

4. The government, in its response to the motion, did not oppose a trial continuance.

5. Defendant has waived his right to a speedy trial and has filed a written waiver of speedy trial with the Court for the period up to **March 13, 2007**.

6. The Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial, and that a failure to grant a continuance under these circumstances would result in a miscarriage of justice.

Based on these findings of fact,

IT IS HEREBY ORDERED that the trial date is continued from December 5, 2006 to **March 13, 2007**.

IT IS FURTHER ORDERED that pursuant to Title 18, United States Code, Section 3161(h), the period of time from the current trial date to the new trial date is excluded in the computation of time under the Speedy Trial Act.

DATED this 7th day of November 2006.

JAMES L. ROBART
United States District Judge

Presented by:

s/ Jeff C. Sullivan
JEFF C. SULLIVAN
Assistant United States Attorney

s/ J. Tate London
J. TATE LONDON
Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE/
LABADIE/CR06-0354JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970